UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEON WILSON,<br><br>      Plaintiff,<br><br>  v.<br><br>ALFONSO DAVID, PENNY GEORGE, MARY ANN, and MELISSA,<br><br>      Defendants. | Case No. 18-cv-1344-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 1, a claim for deliberate indifference to Plaintiff's serious medical need involving deformed feet, rheumatoid arthritis, and pain associated therewith in violation of the Eighth Amendment, is entered in favor of defendant Alfonso David and against plaintiff Deon Wilson; and that this claim is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Deon Wilson's claims against defendants Penny George, Mary Ann, and Melissa are dismissed without prejudice.

**DATED:** August 27, 2020

                                            **MARGARET M. ROBERTIE, Clerk of Court**

                                            **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**